TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00542-CV

Richard Grant Sweezey, Jr., Appellant

v.

Amy M. Sweezey, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT

NO. 98-13163, HONORABLE JOE B. DIBRELL, JR., JUDGE PRESIDING 

PER CURIAM

 Because appellant has failed to file a brief, we will dismiss the appeal for want of
prosecution. See Tex. R. App. P. 38.8(a)(1), 42.3(b).

 The Clerk of this Court filed the clerk's record in this cause on September 2, 1999,
and the reporter's record on September 20, 1999 and October 22, 1999. Accordingly, appellant's
brief was due on November 22, 1999. 

 By letter dated December 2, 1999, the Clerk of this Court notified the parties that
the appeal was subject to dismissal for want of prosecution unless appellant filed a brief by
December 13, 1999, or tendered a motion for extension of time reasonably explaining the failure
to do so. Thus far, appellant has submitted neither a brief nor a motion for extension of time to
file a brief.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
Id. 42.3(b).

Before Justices Jones, Kidd and Patterson

Dismissed for Want of Prosecution

Filed: January 21, 2000

Do Not Publish